Eastern District of Kentucky
**F I L E D**

FEB - 2 2012

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 5:12-CR-19-KSF
8 U.S.C. §1326(a) & (b)(2)

MARCO ANTONIO FLORES-BENITEZ

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about November 16, 2011, in Fayette County, in the Eastern District of Kentucky,

**MARCO ANTONIO FLORES-BENITEZ,**

an alien who had previously been deported from the United States subsequent to a conviction for commission of an aggravated felony, did knowingly and unlawfully enter and was found in the United States at Fayette County, Kentucky, the said defendant having not obtained the consent of the Attorney General of the United States, or his successor, the Secretary of the Department for Homeland Security, for re-application for admission into the United States, all in violation of 8 U.S.C. § 1326(a) and (b)(2).

**A TRUE BILL**

**FOREPERSON**

_____
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 20 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.